**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

DAVIAN GUY,                                )
                                           )
            Plaintiff,                     )
                                           )
    v.                                     )          No. 1:22 CV 44 MTS
                                           )
SOUTHEAST CORRECTIONAL CENTER,             )
                                           )
            Defendant.                     )

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on its own motion. Plaintiff Davian Guy has submitted a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. Doc. [1]. However, he has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. Therefore, the Court will direct plaintiff to either pay the entire filing fee or file a motion for leave to proceed in forma pauperis within thirty (30) days of the date of this order. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must also submit a copy of his inmate account statement for the six-month period immediately prior to the filing of his complaint. If plaintiff fails to respond within thirty (30) days of the date of this order, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the entire filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, he must also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

Dated this 31st day of May, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE